UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BYBEE FARMS LL,, <br><br>    Plaintiff, <br><br>    v. <br><br><br>DUANE MUNN & SONS FARMS LLC, <br><br>    Defendant. | No. CV-06-5007-FVS <br><br> ORDER ADOPTING REPORT <br>AND RECOMMENDATION |

**DISCOVERY MASTER** John Magel filed a Report and Recommendation on October 2, 2007. There being no objections, the court **ADOPTS** the Report and Recommendation **(Ct. Rec. 152)** in its entirety.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___19th___ day of October, 2007.

                   s/ Fred Van Sickle
                   Fred Van Sickle
              United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1