UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BYBEE FARMS LLC, a Washington limited liability company; DUANE MUNN & SONS FARMS LLC, a Washington limited liability company; COLUMBIA BASIN PELLET LLC, a Washington limited liability company; and NEAL BYBEE, a Washington resident,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SNAKE RIVER SUGAR COMPANY, an Oregon Agricultural Cooperative; THE AMALGAMATED SUGAR COMPANY LLC, a Delaware Limited Liability Company; RALPH BURTON, an Idaho resident,<br><br>　　　　　Defendant | No. CV-06-5007-FVS<br><br>ORDER GRANTING STIPULATED MOTION VACATING EXISTING TRIAL DATE AND RESETTING SCHEDULING DEADLINES |

**THIS MATTER** comes before the Court pursuant to a Stipulated Motion Vacating Existing Trial Date and Resetting Scheduling Deadlines.  Now, therefore

**IT IS HEREBY ORDERED:**

1. The Stipulated Motion Vacating the Existing Trial Date and Resetting Scheduling Deadlines **(Ct. Rec. 293)** is **GRANTED**.

2. The eight-day jury trial currently set February 19, 2008 is **VACATED** and **RESET** for **June 2, 2008 at 9:00 a.m. in Richland, Washington.**

3. Oral argument on all motions, including motions for

ORDER - 1

summary judgment, will be heard **on February 20, 2008, at 2:00 p.m. in Richland, Washington.**

4. The January 29, 2008, pretrial conference is **STRICKEN** and rescheduled on **May 13, 2008 at 9:00 by telephone conference call**. The parties shall call the court's conference line at 509-458-6382.

5. Fourteen (14) days prior to the pre-trial conference, the parties shall meet to prepare a joint proposed pre-trial order.

6. Five (5) days prior to the pre-trial conference, the parties shall submit to the Court a joint proposed pre-trial order.

7. Trial briefs, proposed voir dire, and proposed jury instructions shall be filed and served by 4:00 p.m. on May 19, 2008.

8. All other existing scheduling deadlines as set forth in the Scheduling Conference Order, Docket No. 76, remain the same.

**DATED** this 14th day of January, 2008.

                               s/ Fred Van Sickle
                                    Fred Van Sickle
                           United States District Judge