UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

BYBEE FARMS LLC, et al.

         Plaintiff,

    v.

SNAKE RIVER SUGAR COMPANY, et al.,

         Defendant.

No. CV-06-5007-FVS

ORDER ADOPTING REPORT AND RECOMMENDATION

**THE DISCOVERY MASTER** having submitted a report and recommendation; and no party having objected; Now, therefore

**IT IS HEREBY ORDERED:**

1. The Court **adopts** the discovery master's report and recommendation of December 12, 2007 **(Ct. Rec. 262).**

2. The motion to quash deposition notice **(Ct. Rec. 148)** is **granted.**

3. Oral argument on the parties' motions for summary judgment is rescheduled for **May 23, 2008 at 3:00 p.m. in Spokane, Washington.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___26th___ day of March, 2008.

                         s/ Fred Van Sickle
                          Fred Van Sickle
                United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1