1  J. Walter Sinclair, WSB No. 32644
   Email: *jwsinclair@stoel.com*
2  STOEL RIVES LLP
   101 S Capitol Boulevard, Suite 1900
3  Boise, ID 83702
   Telephone: (208) 389-9000
4  Facsimile: (208) 389-9040

5  Gloria S. Hong, WSB No. 36723
   Email: *gshong@stoel.com*
6  STOEL RIVES LLP
   One Union Square
7  600 University Street, Suite 3600
   Seattle, WA 98101
8  Telephone: (206) 624-0900
   Facsimile: (206) 386-7500

9
   Attorneys for Defendant Snake River Sugar
10 Company

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF WASHINGTON

13 BYBEE FARMS LLC, a Washington
   limited liability company; DUANE
14 MUNN & SONS FARMS LLC, a                Civil No. CV-06-5007-FVS
   Washington limited liability company;
15 and NEAL BYBEE, a Washington            Judge Van Sickle
   resident,
16
                  Plaintiffs,              **ORDER GRANTING JOINT
17                                         MOTION TO SET ASIDE AND
        v.                                 VACATE THE JURY
18                                         VERDICT AND JUDGMENT
   SNAKE RIVER SUGAR COMPANY,              AND CLOSING FILE**
19 an Oregon Agricultural Cooperative

20               Defendant.

21

22

23 ─────────────────────────

24 SNAKE RIVER SUGAR COMPANY,
   an Oregon agricultural cooperative,
25
                 Counterclaimant,
26

ORDER GRANTING JOINT MOTION TO SET ASIDE AND VACATE THE
JURY VERDICT AND JUDGMENT - 1

v.

BYBEE FARMS LLC, a Washington limited liability company; DUANE MUNN & SONS FARMS LLC, a Washington limited liability company, and NEAL BYBEE, a Washington resident,

                Counterdefendants.

THIS MATTER came before the Court on the parties' Stipulation and Joint Motion to Set Aside and Vacate the Jury Verdict and Judgment. The Court, having considered the stipulation and joint motion and the consequences and attendant hardships of dismissal or refusal to dismiss, the right to relitigation of unreviewed disputes, and the value of finality of judgment, HEREBY FINDS that vacatur of the verdict and the April 7, 2009 judgment is proper.

NOW, THEREFORE, being fully advised, the Court hereby ORDERS:

(1)     The Parties' Stipulation and Joint Motion to Set Aside and Vacate the Jury Verdict and Judgment **(Ct. Rec. 550) is GRANTED;**

(2)     The March 30 2009 **Verdict (Ct. Rec. 490)** and April 7, 2009 Judgment **(Ct. Rec. 507)** are hereby **SET ASIDE and VACATED** as to all parties;

(3)     All other pending motions are denied as **MOOT**;

ORDER GRANTING JOINT MOTION TO SET ASIDE AND VACATE THE JURY VERDICT AND JUDGMENT - 2

(4) The Clerk is directed to remove the Verdict and Judgment from the Docket and the ECF record and **CLOSE THIS FILE**

SO ORDERED this __31st___ day of __March_, 2010.

                    *s/ Fred Van Sickle*
                    HONORABLE FRED VAN SICKLE
                    United States District Judge

Presented by:

STOEL RIVES, LLP


*/s/ J. Walter Sinclair*
J. Walter Sinclair, WSB Bar No. 32644
Gloria S. Hong, WSB No. 36723

Attorneys for Defendants

Approved as to form, copy received,
and Notice of Presentation waived by:


*/s/ Thomas A. Banducci*
Thomas A. Banducci
Wade Woodard

Attorneys for Plaintiffs

ORDER GRANTING JOINT MOTION TO SET ASIDE AND VACATE THE JURY VERDICT AND JUDGMENT **-** 3